UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE MOREHEAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. 2:18-cv-2491 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed three letters in this court. See ECF Nos. 1, 3, 5. Plaintiff has not paid the filing fee, nor has he submitted a request to proceed in forma pauperis.

The content of the documents alleges violations of plaintiff's rights that occurred while plaintiff was an inmate at the California Correctional Institution located in Tehachapi, California. Thus, the alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATE: October 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE